CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 14 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROBERT AULL, | ) |
| Plaintiff, | ) Civil Action No. 3:18CV00120 |
| v. | ) **ORDER OF DISMISSAL** |
| FMS, INC., | ) |
| | ) By: Hon. Glen E. Conrad |
| Defendant. | ) Senior United States District Judge |

The court has before it the plaintiff's notice of voluntary dismissal in this case filed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is accordingly,

## ADJUDGED and ORDERED

that the above-styled matter is DISMISSED without prejudice, and this case is stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this 14th day of February, 2019.

_____
Senior United States District Judge